AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ALBERT J. MARTIN,**

        Plaintiff,

        V.        CASE NUMBER: **05-C-209/05-C-1097**

**NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment on the plaintiff's allegations against his former employer of discrimination and retaliation on the basis of his sex, race, color, and disability in violation of Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, and the Civil Rights Act of 1866, is GRANTED.**

**This action is hereby DISMISSED.**

    **February 8, 2008**                          **JON W. SANFILIPPO**
Date                                         Clerk

                                                          s/ Linda M. Zik
                                                          (By) Deputy Clerk